**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| GERALD HALL JR., | : | No. 55 EM 2021 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| MICHAEL ZAKEN, SUPERINTENDENT, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of December, 2021, the Application for Leave to File Original Process is GRANTED, and the Petition for a Writ of Habeas Corpus is DENIED.